**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Raymond GARLAND, Petitioner**

No. 130 EAL 2017

Supreme Court of Pennsylvania.

August 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Kerium GARRICK, Petitioner**

No. 164 EAL 2017

Supreme Court of Pennsylvania.

August 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**

**Martha FELDER, Petitioner**

v.

**PENNSYLVANIA HOSPITAL, Penn Medicine, Hospital of the University of Pennsylvania, University of Pennsylvania Health System, the Trustees of the University of Pennsylvania, Respondents**

No. 121 EAL 2017

Supreme Court of Pennsylvania.

August 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**